# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JHANDELL PERRY,** | : |
| *Plaintiff*, | : Case No.: 3:21-CV-01838-RDM-SES |
| v. | : |
| **JELD-WEN, INC.** | : |
| *Defendant*. | : |

## STIPULATION TO DISMISS CASE WITH PREJUDICE

On behalf of the Plaintiff, Jhandell Perry, and the Defendant, Jeld-Wen, Inc., the parties and counsel consent to dismissal of the above matter. The parties consent to being responsible for their own tax consequences and bear their own fees and costs. Please kindly dismiss this case with prejudice pursuant to Fed.R.Civ.P. 41 (a)(1)(ii).

**J.P. WARD & ASSOCIATES, LLC:**

/s/ Joshua P. Ward, Esq.
Joshua P. Ward, Esq.
PA ID No.: 320347
jward@jpward.com
J.P. Ward & Associates, LLC
The Rubicon Building
201 South Highland Avenue
Suite 201
Pittsburgh, PA  15206
(412) 545-3015
(412) 540-3399 (facsimile)

*Counsel for Plaintiff*

**LITTLER MENDELSON**

/s/ Kevin Frankel, Esq.
Jeanine Conley Daves, Esq.
jconley@littler.com
PA ID No.: 322331
Kevin Frankel, Esq.
kfrankel@littler.com
PA ID No.: 327459
Littler Mendelson, PC
1601 Cherry St
Suite 1400
Philadelphia, PA 19102
267-402-3000

*Counsel for Defendant*